UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALEXANDRIA MORGAN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No. 17-cv-417-pp

THE CBE GROUP, INC.,

    Defendant.

---

**ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 18)
AND DISMISSING CASE**

---

On July 9, 2018, the parties filed an agreed stipulation of dismissal. Dkt. No. 18. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED** with prejudice.

Dated in Milwaukee, Wisconsin this 24th day of July, 2018.

                           **BY THE COURT:**

                           _____
                           **HON. PAMELA PEPPER
                           United States District Judge**